UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| NANCY MCDANIEL and JEREMY BEVINS, Administrator of the Estate of Loretta Bevins, deceased<br><br>        Plaintiffs<br><br>v.<br><br>MELINDA DAVIS, LEE E. GIDDENS, ANDERS WILLIAMS TRUCKING COMPANY, and TWIN CITY FIRE INSURANCE COMPANY<br><br>        Defendants | CASE NO.:<br><br>Removed from Lewis Circuit Court<br>Civil Action No. 22-CI-00127 |

\* \* \* \* \* \* \* \*

### DEFENDANTS, LEE E. GIDDENS AND ANDERS WILLIAMS TRUCKING COMPANY'S NOTICE OF REMOVAL

Come the Defendants, Lee E. Giddens (hereinafter "Mr. Giddens"), and Anders Williams Trucking Company (hereinafter "Anders Williams Trucking"), by counsel, and for their Notice of Removal of this lawsuit to the United States District Court for the Eastern District of Kentucky at Ashland, hereby state as follows:

1. Mr. Giddens is a named Defendant in a lawsuit filed by Nancy McDaniel and Jeremy Bevins, Administrator for the Estate of Loretta Bevins, deceased, in the Lewis Circuit Court, Lewis County, Kentucky, designated as Case No. 22-CI-00127. Copies of the Complaint and Mr. Giddens's Answer to Plaintiffs' Complaint are attached hereto as Exhibit 1.

2. Anders Williams Trucking is a named Defendant in a lawsuit filed by Nancy McDaniel and Jeremy Bevins, Administrator for the Estate of Loretta Bevins, deceased, in the Lewis Circuit Court, Lewis County, Kentucky, designated as Case No. 22-CI-00127. Copies of

the Complaint and Anders Williams Trucking's Answer to Plaintiffs' Complaint are attached hereto as Exhibit 1.

3. This is a civil action wherein Plaintiffs seek an unspecified and unlimited amount of damages for bodily injuries allegedly sustained as a result of a motor vehicle accident that occurred on September 7, 2021. Plaintiffs have alleged serious and permanent injuries and are seeking damages for (a) lost income; (b) diminished earning capacity; (c) past and future medical expenses; (d) past and future pain and suffering; (e) funeral and burial expenses; and (f) punitive damages. Plaintiffs further stated in the Complaint that the "amount in controversy exceeds $75,000.00." (See Exhibit 1).

4. According to Plaintiffs' Complaint, Plaintiff, Nancy McDaniel, is now and was at the time of the subject accident, a resident the Commonwealth of Kentucky. (See Exhibit 1).

5. Plaintiff, Jeremy Bevins, is duly appointed and acting Administrator of the Estate of Loretta Bevins, having been so appointed by Order of the Lewis District Court in Lewis County, Kentucky. (See Exhibit 1).

6. Decedent, Loretta Bevins, was at the time of the subject accident a resident of the Commonwealth of Kentucky. (See Exhibit 1).

7. Mr. Giddens is now and was at the time of the subject accident, a resident of Virginia Beach, Virginia. (See Exhibit 2).

8. Anders Williams Trucking is now, and was at the time of the subject accident, a North Carolina corporation with a principal place of business located at 1901 Burnett Boulevard, Wilmington, NC 28401. (See Exhibit 1 and documentation from the North Carolina Secretary of State attached as Exhibit 3). Anders Williams Trucking is not now, nor was it at the time referenced in Plaintiffs' Complaint, incorporated under the laws of the Commonwealth of

Kentucky. (See Exhibit 3). Likewise, Anders Williams Trucking does not now, nor did it at the time referenced in Plaintiffs' Complaint, have a principal place of business located in the Commonwealth of Kentucky. (See id.).

9. Defendant, Melissa Davis, is now and was at the time of the subject accident, a resident of the State of Indiana. (See Exhibit 4).

10. Defendant, Twin City Fire Insurance Company (hereinafter "Twin City"), is now, and was at the time of the subject accident, a foreign corporation duly authorized to conduct business in the Commonwealth of Kentucky. (See Exhibit 1 and documentation from the Kentucky Department of Insurance attached as Exhibit 5). Twin City's principal place of business is One Hartford Plaza, T-14-C, Hartford, Connecticut 06155. (See Exhibit 5). Twin City is not now, nor was it at the time of the events referenced in Plaintiffs' Complaint, incorporated under the laws of the Commonwealth of Kentucky. Likewise, Twin City does not now, nor did it at the time of the events referenced in Plaintiffs' Complaint, have a principal place of business in the Commonwealth of Kentucky.

11. Plaintiffs seek unspecified damages in their Complaint but state that their claimed damages exceed seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. (See Exhibit 1).

12. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and is one that Mr. Giddens and Anders Williams Trucking may remove to this Court pursuant to 28 U.S.C. § 1441(a), because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and this is an action between parties who are citizens of different states. In accordance with the Kentucky Rules of Civil Procedure, this Notice is accompanied by copies of all pleadings and orders served on Defendants and all pleadings filed by Defendants in

<u>Nancy McDaniel and Jeremy Bevins, Administrator of the Estate of Loretta Bevins, deceased v. Melissa Davis, Lee E. Giddens, Anders Williams Trucking Company, and Twin City Fire Insurance Company</u>, Civil Action No. 22-CI-00127.   (<u>See</u> <u>Exhibits 1-6</u>).

13. This Notice is filed within thirty (30) days on which this action first became removable. The time for filing this Notice under the statutes of the United States is not yet expired.

14. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, Lee E. Giddens and Anders Williams Trucking Company, by counsel, hereby notify the Court of their removal of this action from the Lewis Circuit Court in Lewis County, Kentucky.

> Respectfully Submitted,
>
> BARNES MALONEY PLLC
>
> */s/ **Blake V. Edwards***
>
> Blake V. Edwards, Esq.
> Daniel I. Wenig, Esq.
> 401 W. Main Street, Suite 1600
> Louisville, KY 40202
> PH: (502) 625-1703
> Fax: (502) 779-9348
> bedwards@sbmkylaw.com
> dwenig@sbmkylaw.com
> *Counsel for Defendants, Lee E. Giddens and Anders Williams Trucking Company*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 10th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| John F. Estill, Esq.<br>Fox, Wood, Wood & Estill<br>24 West Third Street<br>Maysville, KY 41056<br>jestill@fwwe.law<br>*Co-Counsel for Plaintiffs* | Adrian Mendiondo, Esq.<br>Morgan & Morgan Kentucky, PLLC<br>333 West Vine Street, Suite 1200<br>Lexington, KY 40507<br>amendiondo@forthepeople.com<br>*Co-Counsel for Plaintiffs* |
| Robert Cetrulo, Esq.<br>Cetrulo, Law, P.S.C.<br>130 Dudley Road, Suite 200<br>Edgewood, KY 41017<br>bob@cetrulolaw.com<br>*Counsel for Defendant, Melinda Davis* | Brian M. Gudalis, Esq.<br>Ward, Hocker & Thornton, PLLC<br>333 W. Vine Street, Suite 1100<br>Lexington, KY 40507<br>bgudalis@whtlaw.com<br>*Counsel for Defendant, Twin City Fire Insurance Company* |

*/s/ Blake V. Edwards*
_____
BARNES MALONEY PLLC